# United States District Court
## For The Western District of North Carolina
## Asheville Division

Irene A. Kaeding,

                Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   1:09cv382

Michael J. Astrue, Commissioner of Social Security,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/31/11 Order.

Signed: January 31, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court